# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Marco Gonzalez, | ) |
| Plaintiff, | ) **ORDER RE ADMISSION** |
| | ) **PRO HAC VICE** |
| vs. | ) |
| Salem Shahin, M.D.; et. al., | ) |
| | ) Case No. 1:17-cv-157 |
| Defendants. | ) |

Before the court are motions for attorneys Steven R. Schwegman and Laura A. Moehrle to appear *pro hac vice* on behalf of Defendant Salem Shahim, M.D. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Steven R. Schwegman and Laura A. Moehrle have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motions (Docket Nos. 28 and 29) are **GRANTED**. Attorneys Steven R. Schwegman and Laura A. Moehrle are admitted to practice before this court in the above-entitled action on behalf of Dr. Shahim.

**IT IS SO ORDERED.**

Dated this 6th day of September, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge