# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Marco Gonzalez, | ) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| | ) Case No. 1-17-cr-157 |
| Salem Shahin, M.D.; Carol Gilmore, M.D.; Richard Martin, M.D.; Paul Andelin, M.D.; Jeffrey Adams, PA-C; Mercy Medical Center; and McKenzie County Healthcare Systems, Inc., | ) |
| Defendants. | ) |

Before the court is a joint motion amongst certain parties for an extension of time to confer about an ongoing dispute regarding electronic medical records. (Doc. No. 38). During the court's scheduling conference with the parties on September 29, 2017, the court direct the implicated parties to confer on the issues and, if the issues could not be resolved, file briefing within fourteen days, which would have been October 13, 2017. The parties represent they have worked out a number of their disputes but need additional time to resolve their issues and/or file their briefing. The court **GRANTS** the motion. (Doc. No. 38). The parties shall have until November 3, 2017, to confer over the remaining disputed issues and file their briefing if the disputed issues cannot be resolved.

**IT IS SO ORDERED.**

Dated this 16th day of October, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court
