# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Marco Gonzalez, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Salem Shahin, M.D., et al., | ) | |
| | ) | Case No. 1-17-cv-157 |
| Defendants. | ) | |

Before the court is a motion for attorney Michelle M. Draewell to appear *pro hac vice* on behalf of Defendant Salem Shahin, M.D. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Draewell has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. Attorney Draewell has also paid the required admission fees to the office of the Clerk. Accordingly, the current motion (Docket No. 40) is **GRANTED**. Attorney Draewell is admitted to practice before this court in the above-entitled action on behalf of Defendant Salem Shahin, M.D.

**IT IS SO ORDERED.**

Dated this 3rd day of May, 2018.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge