# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Marco Gonzalez, | ) |
| Plaintiff, | ) **ORDER EXTENDING PRETRIAL** |
| | ) **DEADLINES AND CONTINUING TRIAL** |
| vs. | ) |
| Salem Shahin, M.D., et. al., | ) Case No. 1:17-cv-157 |
| Defendants. | ) |

The court held a status conference with the parties by telephone on January 4, 2019. Pursuant to its discussion with the parties, the court **ORDERS**:

1. The parties shall have until June 1, 2019, to complete fact discovery.

2. The parties shall provide the names of expert witnesses and complete report under Rule 26(a) as follows:

    (a) Plaintiff: July 1, 2019;

    (b) Defendants: September 1, 2019

    (c) Rebuttal: October 1, 2019

    (Treating physicians need not prepare reports, only qualifications, unless they will express opinions not reflected in the medical records.) (Reports to be served on other parties, but not filed with the court.)

3. The parties shall have until February 1, 2020, to complete discovery depositions of expert witnesses.

4. The parties shall have until February 15, 2020, to file dispositive motions (summary

1

judgment as to all or part of the case).

5. The final pretrial conference set for March 10, 2020, shall be rescheduled for August 4, 2020, at 2:00 p.m. by telephone before the magistrate judge. The court shall initiate the conference call.

6. The jury trial set for March 23, 2020, shall be rescheduled for August 17, 2020, at 9:00 a.m. in Bismarck before Chief Judge Hovland. A fourteen (14) days trial anticipated.

**IT IS SO ORDERED.**

Dated this 7th of January, 2019.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court