# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Marco Gonzalez, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| v. ) | |
| ) | |
| ) | Case No. 1:17-cv-157 |
| Salem Shahin M.D., et al., ) | |
| ) | |
| Defendants. ) | |

As stated at the status conference today, counsel for the parties are directed to confer within seven (7) days of the date of this order regarding the possibility of alternative dispute resolution. After the conference, counsel shall provide the Court with a status report either by filing it in the case or by email to NDD_J-Hochhalter@ndd.uscourts.gov. If parties do elect to proceed with alternative dispute resolution, it should occur in the month of June, 2020.

**IT IS SO ORDERED**.

Dated this 1st day of June, 2020.

*/s/  Clare R. Hochhalter*
Clare R. Hochhalter
United States Magistrate Judge

1